No. 605. PETERSON *v.* ZUCKERT, SECRETARY OF THE AIR FORCE. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Samuel C. Klein* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas* and *Alan S. Rosenthal* for respondent.

No. 618. GENERAL MOTORS CORP. ET AL. *v.* DEVEX CORPORATION ET AL. C. A. 7th Cir. Certiorari denied. *George N. Hibben, Arthur W. Dickey, Jerome F. Fallon, Carlton Hill* and *Benjamin H. Sherman* for petitioners. *Walter J. Blenko* and *William C. McCoy, Jr.* for respondents.

No. 619. COTA *v.* REGENTS OF THE UNIVERSITY OF CALIFORNIA ET AL. Supreme Court of California. Certiorari denied.

No. 622. SHREVEPORT MACARONI MANUFACTURING Co., INC., *v.* FEDERAL TRADE COMMISSION. C. A. 5th Cir. Certiorari denied. *Robert G. Pugh* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick, Lionel Kestenbaum* and *James McI. Henderson* for respondent.

No. 123. UNITED STATES *v.* JOHNSON. Motion of respondent for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States. *Leon B. Polsky* for respondent.